# Exhibit 2

# Letter of Support

To Whom it may concern:

My name is Andre Baker, to this day I still consider Da`Juan as my stepson. I married his mother when he was 3yrs old, his mother and I have since divorced years ago, but i have continued to share an alliance with Da`Juan. For the past 17 years i have been a Property Manager for a private realtor company and i am also head of security for a South Loop condo building.Me knowing Da`Juan he has always been a strong god fearing individual, involved in various church organizations and religious programs. As I think of his character, I reminisce on the things he would do for his sisters, especially being the protector as I watched him evolve into a man a start his young family. I am most impressed of how much of a hard worker he is. Raising him with his mom he never wanted or needed for anything simply because he was raised in a loving family environment. I do not recall one time I was summoned to his school for any foolishness, it was smooth sailing. Once he was at the age to start working that is exactly what he did. He is a respected young man throughout the church and with the young people. This young man has been nothing but joy in my life since the day I met him at approximately 2 yrs old. In closing I would like to add, in life we do things without thinking of the consequences even if it is totally out of our character that is why I am asking and praying for leniency. If a person is giving a chance to wrong a right that sometimes makes a big difference in that person`s life forever not to make the wrong decisions again.

Thank you in Advance for the Consideration
August 18th 2023

Andre A. Baker