# Exhibit 3

From: Songa Martin-Hicks

Hicks.smonique@yahoo.com

To whom it may concern.

My name is Songa Martin-Hicks and I have known Da'Juan Martin all of his life because God allowed me to birth him into the world. Da'Juan is my firstborn and only son and he has been a blessing to me since the day he was born.

I am a Head Teacher for Chicago Public Schools and a mother of four children who are all grown now. I raised my four children even through a divorce and decided to attend college after being out of high school for ten years. While I was afraid of the challenge of raising four children, being on the bus, and attending school, I wanted to be an example of perseverance and the importance of education for my children to look up to. I remember one day while in undergraduate school I cooked for my children and went into my room because I did not have enough to eat. I did not tell my children, but I got a knock on the door, and it was Da'Juan. He was about 11 years old, and he had his plate and he said, "Mommy you can have my plate." I told him I was ok, but I cried because of the fact that I did not say a word but he saw that it was not enough for me and he cared. Throughout my journey to achieve my degree, Da'Juan was very supportive and always told me I could do it and how proud he was of me. He screamed so loud at my graduation and when I decided to go get my Masters he helped me with housework and kept his sisters entertained when I had to study. Da'Juan has always been caring to his sisters as well as myself. On his 18th birthday, he woke me up and asked me if I could write a notarized letter stating that if something happened to me, he would get the girls. He felt like other family members would not treat them well. That was so touching to me especially when he told me he had been anticipating turning 18 to ask me that question. In addition, he has helped his sisters with moving and getting settled into college just to name a few things. He has always been responsible with his sisters from the time I was working and he had to use the key to come in after school and get them fed and help with their homework until today in their adulthood. He loves his sisters and his nephew so much. His oldest sister has a son and Da'Juan and his nephew are very close as he is not only his uncle but his Godfather.

Da'Juan was always a great student, and his teachers would tell me at grade pick-up that he was a joy to have in class. I never received complaints about him being a terror in class and was always given great compliments from kindergarten through high school. I never had to worry about him being in the streets because he was either at church or home. He has been in church since he was six weeks old. He directed the choir, sang on the praise team, led the junior usher board, mime danced, and helped in any area he could in the church. I had a mother of a girl come to me and try to get him to date her daughter and her words were "I need him to date my daughter because his pants are never sagging and he is a total gentleman." It was at that point that I began to really be thankful that he was not like some of the other boys and I never had to tell him to pull up his pants or to not hang with certain crowds.

My mother passed away in May of 2016 and Da'Juan was by her side during her illness and helped me to care for her. He loves his family and has been that way since a small child and now

that he is a father and husband, I see that same care. He takes care of the house and the baby by changing diapers, waking up through the night, cooking, making bottles, and any other way he can help. When his wife was pregnant, she was very ill, and the condition was serious to the point that we were all worried about his wife and the baby. Da'Juan stayed by her side and when she came home with meds that had to be intravenously administered, he did that without fail. He is also that way with me as I have some health challenges. He put his education on hold to help me. He came home from college to attend to me and help me to get better. I am still having some health challenges and he helps me so much with attending appointments and being a positive voice when I feel discouraged. He is supportive and positive to everyone he is around. He is an active member at church as an adult just like he was as a child, and he goes every Sunday without fail and his church family adores him.

I could write a book about Da'Juan but I will sum it up to say that he is a thoughtful, caring, and humble man who is a joy to have as a son and member of this family. Six years ago, I got remarried and Da'Juan walked me down the aisle because I do not have a dad. It was a moving and heartfelt time but that is the person he is to all of us. It is my hope that it is known that he is an asset to society as the world needs more kind and generous people like him. Da'Juan's kindness has been evident to everyone that has come in contact with him since he was a young child and has continued into his adulthood.

If there is any further conversation to be had regarding Da'Juan, I am available at 773-416-7545 and I welcome any further correspondence.

*Songa Martin-Hicks*
Songa Martin-Hicks

July 2, 2023