# Exhibit 4

To Whom It May Concern,

My brother Da'Juan Martin is the oldest sibling out of 4. My name is Ariana Baker and I am Da'Juan's little sister. I am beyond blessed and honored to have someone so gentle, kind, loving, understanding, joyful, but most of all a true believer in Jesus Christ to call my brother. I remember as kids as well as growing up as adults watching my brother protect us and make sure all 3 of his sisters and his mother was okay. A specific moment that stands out to me that I love about my brother is when it stormed one day. My biggest fear is a thunderstorm. Da'Juan and I were the only ones home and he had to leave to go somewhere. I was so frightened and saddended when he left because this would have left me alone. Moments later Da'Juan returned and said "Yeah, I knew you would be scared here alone so I came back." Thats the moment I knew that my brother was a super hero. My neice who is 1yrs old is blessed to have Da'Juan as her father. The way that she looks at him in complete awe blows my mind and I can't wait to see how my brother assists in raising her to being a strong God fearing black woman.

In life we make mistakes. There is no real life manual on how we should live our lives everyday we wake up. I too have fell short in many ways in life but what I love the most is having the ability to say those moments were wake up calls for me to be the successfull R&B Artist I am today. My brother has encouraged my craft and loves my sound in music. My brother is needed not only for his family but for the community to help young black men and lead them to church. He's needed for the young men to teach them how to dress and treat women as my brother has never sagged his pants or caused harm to any woman. Most of all he's needed by his wife Tamera Martin and his 1yr old daughter Dior Martin.

Thank you for taking the time to read my letter of suppert for my brother Da'Juan Martin. We are believers and we are trusting that all will be well!

Thank you,

Ariana Baker