# Exhibit 5

**To Whom It May Concern:**

**My name is Robin Martin, and I am DaJuan's younger sister by 2 ½ years. I am currently 34 years old, and I work in healthcare insurance for a hospital here in Chicago. Growing up, DaJuan and I were, and still are best friends. You literally never saw one without the other. Having a big brother has always been amazing. In our younger years, we shared a room. In that room we had bunk beds with DaJuan having the top bunk and me on the bottom. I remember times when if I were sick or scared, he would sleep in the bottom bunk to bring me comfort. Even if he was sick or scared he would sleep in the bottom bunk so that I can bring him comfort. I remember one time, DaJuan fell off the top bunk and injured his nose, he was scared to sleep alone for a while so I remember him sleeping in my bed with me for a little while. Even in our now adulthood, we still manage to protect and comfort each other. As we got older and became teenagers, I used to want to be around DaJuan all the time. I remember being sad when he left our elementary school and went on to high school. We were always around each other so it was a little difficult to be at school for two years without him. I remember when it came time to go to high school, I enrolled at an entirely different school as him, and two days before school started, I decided I wanted to follow behind my brother and go to school with him. My comfort zone. Once we were in high school, we were again unbreakable. I was quiet and known as "DaJuans sister". After high school, DaJuan graduated and went on to attend Lewis University, at which I joined him two years later, which was honestly my favorite part of us growing together. We had so much fun going to college together. We even pledged together at the same time.**

**In our adulthood, our relationship is much different. In a good way of course. I am the mother of DaJuans only nephew, Josiah Martin. I remember when I first found out I was pregnant DaJuan was the first person I told. Being so young I was scared to tell anyone else, so I went to the person that protects me and brings me comfort. He protected me and comforted me the entire 9 months and every month after. From the first day he met Josiah, DaJuan was in love. He would always offer to help with Josiah during those long nights. When I returned to work, Josiah would stay home with him which made them grow as little best friends. DaJuan would take Josiah to the barbershop whenever he went, he would buy them matching clothes, shoes, book bags and they loved staying up late eating snacks. Their favorite thing to do was take naps together. Josiah would want to be on the pulpit with Josiah every Sunday, singing along side him. Seeing as though Josiah did not grow up with a father in the home, DaJuan stepped into that role and still does to this day. Twelve years later, they are best friends. They share the same tastes in fashion, music, and food(they are both picky eaters). DaJuan is there for those conversations Josiah feels more comfortable talking to a guy about. If I have never been more thankful for anything my brother has been in my life, it is being the best uncle/father figure in Josiah's life. No words will ever be able to describe how grateful I am to have him as that for my son.**

**DaJuan not only has brung comfort to me, but he has also been a comforter to our two younger sisters. Growing up with a single mom, DaJuan took on a lot to try to help our mother out. He was the one that made sure we were okay when taking public transportation to and from school, walking to our after school programs, and once we got in, made sure we**

had after school snacks and completed our homework. DaJuan's dedication to my mom, sisters, and I at such an early age set the tone for the type of man he would be in the future, dedicated, selfless, and protective. As we got older our relationship began to shift in a good way. Almost as if a father would do, with him still being our brother. Due to him taking on such a strong role as a young boy, it helped build his character.

Growing up we spent a lot of time in church. At church, DaJuan served on many ministries. He specifically worked in the youth ministry. Working in the youth ministry, he became a big brother to so many. The first big position my brother took on was the president of the Junior Usher board. He was everyone's favorite president. People in the church would call him Mr President. He lead and guided the junior usher board like no one else ever lead. Having top sales during taffy apple season, top sales during the candy sales, and there was even an overflow of junior usher's wanting to serve due to his presidency. Once I became old enough, I was there, his right hand man, serving as the Vice President. I looked up to him so much and wanted to do everything he did because he made it so easy. While serving as the Junior Usher board president, he also directed the Youth Service Choir alongside our mom, which my sisters and I sang. We were always so close knit. As DaJuan got older into his college years, he moved on from directing the youth service choir, to being in charge of the youth praise team, and he eventually joined the praise team in the main sanctuary.

Being such a vital part of the church, DaJuan was able to build strong characteristics. DaJuan is self-less. I used the word self-less to describe DaJuan because he gave so much time to assisting with building youth and building programs to help the younger generation of men that was to come after DaJuan. Most of the time DaJuan spent in church was for free. His return was knowing that he was able to reach younger people and be a big brother to many. His dedication to the church was from the heart. I can also describe DaJuan as caring. He always looks out for everyone and puts himself last.

I could really talk about my brother all day. To sum it up he is my hero. I continuously learn so much from him. I admire the man he has become today, the husband he is, and the loving father he is. Having a front row seat to his life and growth over the years have been nothing short of amazing. I looked forward to continuing to see him do great things in life. I look forward to him continuously growing and learning as a man. I also look forward to him watching his children and nephew grow up and make the same astonishing accomplishments he has made.

*Robin Martin* 8/21/23

Robin Martin

08/21/2023