# Exhibit 6

To Whom It May Concern:

My name is Jackie Jones Jr, I am the Senior Pastor of Rehab City Centre located in Houston, TX. I was a longtime member of The Powerhouse Chicago Church where I served faithfully for 14 years before relocating to Houston, TX after getting married on June 21, 2023. During my latter years at The Powerhouse Chicago, I encountered DaJuan Martin when he became a member of the church.

Our bond developed when DaJuan joined the music ministry at The Powerhouse Chicago. At the time, I was the choir director and assistant music department leader. DaJuan's musical passion was reignited when he joined the music department. DaJuan Martin previously sang with choirs and groups most of his life as his family is very involved in music. I felt compelled within me as a leader to help cultivate and enhance his musical ability in teaching and directing the choir. It was during those times where I experienced DaJuan's evolution and growth musically and spiritually.

As time grew so did our connection. It was in those moments where I became a safe space for him to confide in me concerning pressing life issues, the seeking of spiritual guidance and a place of prayer for him.

There was a time in my life where I needed to step away from the music department and focus on personal obligations and DaJuan Martin remained in position as the leader of the choir which was outstanding.

During the pandemic where churches were either closing or there was only a select group of people who could attend, DaJuan was faithful in his service to The Lord. He was singing on the praise team consecutively every Sunday for months. I find that impressive being that his focus was to still impact, empower, and inspire others during one of the riskiest times of our world.

One thing I know about DaJuan is that he's super creative. He enjoys music, but he's also great in photography. DaJuan was exceptional in capturing moments in our worship services at The Powerhouse Chicago that would tell a story every time. I have been a witness to this over the years as he would take photos of me where I would be in the presence of God. I would use these photos to describe my experiences via social media which has led to engaging comments and even dialogue with my followers.

In closing, DaJuan Martin has proven to me that he is credible, dependable, loyal, and true to his pursuit of making positive impacts on his community and this world.

I am confident that DaJuan Martin is aware of the errors of his ways and any choices made in his life that were not the best. We all as humans, have been guilty of making poor choices and poor decisions, but the objective is for us to learn the lesson, redirect our minds and approach life in a better way. DaJuan Martin is a very promising young man, a great father of two, and a new husband who I believe has a great destiny ahead of him.

Thank you for taking time to read this letter.

*Jackie Jones Jr.*

Pastor Jackie Jones Jr
Senior Pastor of Rehab City Centre-Houston, TX