# Exhibit 7

August 27, 2023

To whom it may concern;

      My name is Mr. Zorriante' Brown and I serve as a mentor and big brother to Da'Juan. I have known Da'Juan for 18 years helping with academic and career goals. While he attended Lewis University, I was designated as his big brother through the Lewis University Mentoring Program. The following year I became a Campus Minority Advisor and Adjunct Music Professor at Lewis University. I am currently a high school educator but still volunteer for minority programs at the university. While attending Lewis, Da'Juan was a student leader and very active in the university gospel choir, christian-based organization Zeta Phi Zeta, intramural sports, and developed a campus creative arts team. We met weekly and discussed academic and personal goals. I have remained connected to Da'Juan and follow up at least 2 times quarterly throughout the year.

      Da'Juan is a very talented and task-driven person. I have witnessed Da'Juan serve in his local church, volunteer at other churches and community sponsored events by organizing and participating in musical showcases/productions on and off stage. He also participated in community service projects such as providing assistance to the elderly, and selflessly giving of his time and donating to families. He has been among the first to set up for events and make sure things operate efficiently and make sure things are cleaned up at the end. Prior to getting married and establishing his own household, I have witnessed Da'Juan make sacrifices such as being available for his mom, three sisters, as well as help take care of his nephew and be supportive of his family. While continuing to work on his career goals, Da'Juan is an entrepreneur who has branched out into photography work as well as broadcasting/marketing initiatives where he highlights local artists and businesses. He is very sincere about using his skills to impact others and demonstrates a great level of integrity.

Sincerely,

Mr. Zorriante' Brown