# Exhibit 8

To Whom it May Concern,

I hope this letter means well! My name is Jakkia Small and I have personally known DaJuan Martin since we were children/teenagers in our church home. We grew up in Apostolic Church Of God from attending church events, working summer jobs, and even attending events outside of the church with a group of mutual friends. We have develop such a great relationship I am one of the godmother's of his beautiful daughter. DaJuan has always shown himself to be a tenacious and determined young man. He was always so outspoken, a great friend, brother, son, and now he's an incredible husband and father. If any one needed support, Dajuan was and is the person many people can count on to be there. He has always found a way to connect to the community and church by being involved in many groups, charities, supporting local politicians and community events and more. I can say from the moment I've met him he's always been a giver even if it was his last. This is profound work, and a testament to his passion and dedication of who he truly is.
As a Mental Health Therapist, I work with different types of clients daily. I always remind my clients they are human, they are not perfect, mistakes will be made and failure will happen. However, it's about accountability and the steps that are taken in order to truly move forward. I also stress the importance of giving grace, and being patient, and kind to the self simply because Life is hard. It also appears life has become harder since the pandemic. Despite what he may currently be going through this has not stopped him from being there for others.
With that being said, I truly believe that DaJuan is deserving of another chance to show up and prove that he can and will continue to step up. Especially to his wife and children!

Sent from my iPhone