# Exhibit 9

To whom it may concern,

Greetings, my name is Tamera Martin. I am Da'Juans wife. I have known of Da'Juan for 16 years and I have grown to know the last 6 years

I am a full time entrepreneur in the beauty industry. I've been self-employed for the last 3 years. It has been an exciting journey to say the least. Myself and Da'Juan have a busy 2 year old toddler, our little Dior. She keeps us on our feet and alert at all times! My wifely and motherly duties never stop, along with the entrepreneurial ship. I also have a biology degree that was obtained from Northern Illinois University in spring 2016. I come from a 2 parent Christian home that was accompanied by myself and 3 other siblings. Growing up in a home such as this, is all I ever wanted with my own family and I am blessed to have it.

Before marrying DaJuan, he proved certain qualities that I desired in a spouse. He is a christian man that believes in God, he has a personal relationship with him also. For years he served in his church as a leader of the young adult ministry and an assistant minister of music. His church home was the 1st employed job he ever received and worked diligently for 10+ years.

He showed me that he was a leader. Growing up he assisted his mother with taking care of his 3 sister. He decided to drop out of college so he can help his mother at home financially, while he gave his sister an opportunity to further her education. He's such a caring individual that rarely tells people "no". When I decided to go to cosmetology school he immediately looked at the options we had and we discussed them. While being in school and building my brand, I wasn't able to help out financially concerning bills etc. He made it work. My days consisted of 10+ hours and he worked and took care of our child needs majority of her 1st year of life! He never complained. DaJuan is a generous individual. While being in his life consistently the last 6 years, he went without while helping others financially, where some times I had to fuss at him about being so giving (lol).

His character has helped me become a better individual. He's positive and patient. He makes it look so easy. I rarely see him upset about things that may bother him deeply because he find ways to cope with it and try to overcome it. He's my balance and my peace.

Da'Juan always been driven to work. As well as build businesses of his own one day. He has great customer service skills and has bright energy. While at Southwest Airlines I always heard him talk about trying to get people on their flights, he suggested so many options for them such as flying to another city, to renting a car. He didn't just tell them the flight was canceled, he truly cared. Even with his current job as a Sales Manager for Red Bull, he goes above his job requirements to make sure they are never out of stock and shelves are always full. His stores love him!

I have learned that DaJuan is the "go to" individual for his family and friends. He is the person people feel comfortable venting to. It's no judgement but honesty when he talks to people. We as a community admire his genuine love for people.

Da'Juan is very beneficial in my life. He's my lifetime partner and father of my child. One of my biggest fears is having to do life without him. He plays a big role in my life as well as our child Dior. As stated before, he is my balance. Where I lack he steps in. He is a full time husband and father and he shows daily that he enjoys this job. Although it can be tiring he never stops. He's the reason why I was able to fulfill by dreams being in this career. I truly cannot see continuous momentum without him physically by my side. I am fearful of explaining such a matter as this to our child. I never had to experience anything close to this. He's the love of my life and we need him. Little to no time is what we're praying and believing God for. I'm also praying this letter finds you well and it gives a positive outlook on why the community needs Da'Juan Martin.

Thanks,

Tamera Martin
10/01/2024