# Exhibit 10

Dena M. Singer
53 W. Jackson Street, Suite 1505
Chicago, IL 60604

July 9, 2023

Re: Da'Juan Martin

Ms. Singer:

My name is Armando S. John, and I am employed as an Allocation Analyst in a brokerage firm. It is with deep enthusiasm that I have accepted this opportunity to write on behalf of Da'Juan Martin. I have known Mr. Martin and his family for approximately seven years. During this time, I have developed a friendship with Da'Juan that I liken to a nephew/uncle type of relationship. For this reason, I feel uniquely qualified to offer insight into Mr. Martin's history and character.

I am nine years older than Da'Juan. He is a father, I am not. But it's here where our differences end and our similarities begin. Da'Juan and I were both raised by divorced, single mothers on Chicago's South side in some of the roughest neighborhoods. Mr. Martin and I are both eldest sons with several siblings. He and are both graduates of Kenwood Academy High School. Like me, Da'Juan enjoys watching sports. Also like me, Da'Juan enjoys photography as a hobby and community engagement wherever he can be useful. As recently as our last municipal elections, Da'Juan assisted a friend in aldermanic campaign as official photographer and sometimes unofficial advisor. His friend was successful during the April runoff elections.

These are just quick glances into who Da'Juan Martin is as a person. I want to use my time here to peel back the layers of the onion a bit more:

1) I mentioned that Da'Juan is the eldest child. He is also the only son. He is often called upon when pressing matters arise. He is always there for his mother, three sisters, and his nephew. He extends himself to them time and time again, without hesitation, no matter the situation. He puts the needs of his family before his own, proving himself to be the backbone of his family.

2) Da'Juan is indeed a hard worker. It's very cliché to say this but it needs to be emphasized. While I have never worked alongside him, I'm keenly aware of his extensive history, his ambitious attitude, and his desire to always strive for better to provide for his family. A perfect example of this occurred when his wife was ordered to bed rest during her pregnancy and could no longer work. Da'Juan without hesitation took a second job, working almost full time in addition to his day job to offset the financial burden to keep the household afloat.

3) Da'Juan is a father of two children, ages 6 and 1, one son, Ethan, and daughter Dior. Many words can describe him as a father. For me, devoted and caring stand out most. He is never too busy for his children, often spending quality time with them after working long shifts. It's rare to see fathers like Da'Juan who place such an emphasis on fatherhood. He loves his children. They are his motivation when he goes out into the world each day. He's said so many times. They will undoubtedly be devastated by his absence if justice fails.

4) Da'Juan is a God-fearing, spiritual man who was born and raised in church. He has been an active member of the Powerhouse Church in Chicago. Here he has worked as a choir director, photographer, media liaison, and a member of the mime ministry. His participation, coupled with is spirituality, I believe are the cornerstones of what makes Da'Juan the man he is. I believe it's the most important layer I've peeled back thus far.

Mr. Martin is a friendly man with a great sense of humor. From our first encounter, he always made me feel like family. On a personal note, when my father passed away four years ago, Da'Juan was one of the first non-family members to reach out to me. It meant the world to me then and still means a lot today.

I can assure the Court that Da'Juan is an honest and trustworthy individual who is contrite and takes full responsibility for his actions. I feel lucky to know Da'Juan. He is inspirational and a great role model. My sincere hope is that I have provided adequate insight into the character of this good man. I also hope, that with the layers peeled back, that this devoted son, brother, husband, father and uncle, can have his story told objectively, with strong emphasis placed on the whole man. Thank you for allowing me this opportunity to present Da'Juan Martin, the man I know

Sincerely,

*[signature]*

Armando S. John