# Exhibit 11

**From the desk of**
# Dr. Sophia Jones-Redmond

June 21, 2023

Letter of support for Da'Juan Martin

To whom it may concern:

I am Sophia Jones-Redmond and I have been a friend of the family of Da'Juan Martin since 2014. We consider Da'Juan's moms our best friends and travel buddies. When I first met Da'Juan I knew he was a special guy. It was just something about his loving spirit that spoke to me. I along with my spouse were invited to Da'Juan's wedding; an absolutely beautiful event. I was honored to see up close the love Da'Juan has in his heart. I remember weeping openly during the ceremony and notice that there were so many people weeping along with me. The highlight of his wedding was listening to their wedding vows and the mother-son dance. His mom is pretty reserved, but they both busted a move on the dance floor. It was such a sweet tender moment and one which I will never forget.

Da'Juan is a man of God with gentle disposition. Since meeting Da'Juan he has always worked a job. I was at his mom's birthday party last year and the host had a taco truck. This was my first-time meeting Da'Juan's baby girl. He was feeding her and held her the entire time except for the time Da'Juan walked one of the Elders of the church to her car. He just got up and took the Elder's hand and it was such a sweet moment and there were no words exchanged… grandmom did get a few minutes to hold Baby Dior. Every time I've been around Da'Juan he's always the same loving young man attentively helping everyone. Da'Juan isn't a big talker… he's an observer and protector to all of the women he's around.

If you would like to discuss his attributes in more detail, please do not hesitate to contact me. I may be reached at 773-507-4150 to further discussion of Da'Juan's qualities.

Sincerely,

Dr. Sophia Jones-Redmond
Superintendent of Schools