# Exhibit 12

June 24, 2023

Letter of support for Da'Juan Martin

To whom it may concern:

I am Tonya Martin-Hicks and I have been a member of the Martin family since 2017. Da'Juan is like a son to me. I teach cosmetology at a high school, and I have been a cosmetologist since 1988. I first met Da'Juan at a church function, he was singing on the praise and worship team. I was very impressed by his voice and ability to lead the team. Da'Juan was very humble after the concert while receiving a bunch of compliments when the concert was over.

Da'Juan and I connected right away. Every family function he calls to ask if there was anything he could do to help make the event successful. He connects with me often just to check in to see how my day or week is going. He is a very loving and caring person.

On my wedding day, Da'Juan popped up out of nowhere at the hotel to help me with my jewelry and to check to see if everything was going as planned. It was a special moment, and I will never forget his kindness, it really made my day. Whenever revisiting my pictures, I blush when I see him helping with my right-handed bracelets since I am right-handed and couldn't snap them with my left hand.

I have several special moments to highlight of Da'Juan serving the lord. My Godmother gave her 80-year-old aunt a birthday party. She had seen Da'Juan mime dance at his church and thought that it would be nice if he would minister his dance at her party. Da'Juan was happy to do it. In my grandmother's voice "he tore the place up!" It wasn't a dry eye in the place. When he was done everyone wanted to know his name and who he was for future events like this one. Again, Da'Juan was very humble and respectful to the older people who attended this event and would not take any money for his gifts. I couldn't have been any prouder to call him son.

For this same family, Da'Juan mime danced at a funeral. Everything had gone wrong that day for this family but the one thing they held on to was his mime dance to the deceased persons favorite church song. Everyone was up on their

feet praising God while Da'Juan was ministering the song. It was an amazing performance that had a lasting impression.

Da'Juan is fun, he is a son, brother, uncle, cousin, and good friend to many. The thing that makes my heart warm is to see him with his children. He is a great father to his son Ethan and his baby girl Dior. He takes such good care of them! I love to see his daughter crawling to him and falling out when she can't get to her daddy quick enough. Da'Juan is a hard worker and great provider for his family. It is a joy to see him and his wife and kids with matching pj's on the holiday and excited about family time. To witness the love between him and his wife Tamera at their wedding was a blessing from God. The exchanging of their vows and love present in the room was beautiful.

Lastly, I admire how Da'Juan treats his mom and sisters. The relationship between all of them is unmatched and since he treats me like another mother, I am privy to that same love and affection. He takes so good care of us. He will show up to cook, clean, hang a tv, change a tire, talk, play, call, text and bless us with his children. Da'Juan was raised by a single mother who taught him to be God fearing, kind, respectful, loving, and hard working. These great qualities are instilled in the man that Da'Juan has become.

Da'Juan is a great person and a man of God. I love him to the moon and back! If there is anything else that is need from me, please don't hesitate to contact me. My cell number is 708-829-3572.

Sincerely,

Tonya Martin-Hicks