# Exhibit 13

March 8, 2024

Greetings Dena M. Singer,

To whom it may concern, my name is Darryl Hammond, I am writing to advise you that I've known Da'Juan for over 30 years, I am like an uncle to him. Da'Juan has always been a good person, great manners, great ethics and always respected me as an almost uncle. We're so close that I call him my nephew. He is the oldest out of 4 kids and love his sisters like crazy, he is very protective of his sisters and would do anything for them. Da'Juan has always been that kid that will give the shirt off his back to help someone. When a person has done good deeds all his life, it's difficult to pinpoint just one example to describe who Da'Juan is as a person. I know that he took the role of BIG BROTHER to his sisters, and he helped his mother often growing up.

Da'Juan has always been courteous and honest with friends and family. He is an analyze thinker and will not make moves without thinking about how it'll be done. I'm a huge believer that people are who there are all of their lives and Da'Juan has never changed his cool, laid-back demeanor. I treat him like my nephew, if he needs anything he is not afraid to ask and will communicate effectively to get the job done.

Da'Juan has a loving mother, she did everything for her kids, she even put her continued education on hold for her kids. Da'Juan has always dressed nice, you couldn't tell that Da'Juan's mother made many sacrifices to support her children. To know Da'Juan and his family is to know that LOVE was always in the household.

We all make mistakes in this lifetime; this doesn't change a person's character especially if that person continued to display that same characteristic about themselves all of their lives.

Sincerely,

Darryl Hammond

"Uncle Darryl"