# Exhibit 14

August 13, 2023

To Whom It May Concern:

This letter is being written on behalf of Da'Juan Martin. I have had the distinct pleasure of meeting Da'Juan in 2012 through his mother Songa Martin-Hicks. Immediately upon meeting Da'Juan, I adopted him as my God Son. Da'Juan was instrumental in helping me set up and prepare for every school year.

Da'Juan has demonstrated that he is a well mannered, mature, intelligent young man. He has dreams and aspirations for his life and family. Da'Juan became a father in 2020 to his beautiful daughter Dior Martin. He wears this role with pride, and she keeps a smile on his face. Da'Juan has also served as a mentor to other young men.

Finally, he has been a member of Powerhouse Church in Chicago since 2018. During his time at the PowerHouse, he has served on the praise team, mime ministry, and announcement team. If you ever need Da'Juan, he is just a phone call away.

Best,

Emika C. Canty