# Exhibit 15

August 21, 2023

To Whom It May Concern:

My name is Maritha Martin, and I am currently employed as a Human Resources Coordinator in the education sector. I am also the aunt of Mr. Da'Juan Martin. Da'Juan was born when I was seven years old, and we spent many of our younger years in the same household. Growing up as the youngest of my mother's two children and having no biological brothers, Da'Juan has always been my unofficial younger brother. Our sibling bond remains in present day.

Da'Juan is the oldest of his mother's children, and is also the only son and grandson. For this reason, he has always taken on the role of protector in our family. His desire to care for his mom and sisters over the years has been beyond admirable. When Da'Juan became an uncle, he happily took on a father figure role in his nephew Josiah's life. In addition, Da'Juan was often helpful in providing care for his late grandmother (my mother) throughout her life. He took pride in being her helper, especially when she needed him to assist with her wheelchair whenever I was unable to do so.

Since his childhood, Da'Juan has spent many years sharing his musical gift at our church and ultimately with his high school choir. His quiet demeanor and compassionate spirit often allowed him to function as a choir director, praise and worship leader, and in any capacity as needed within those areas. It is important for Da'Juan to be a present spiritual leader in his household, as well. For that reason, he is committed to remaining active in his church alongside his wife, children, and extended family.

With all the titles that Da'Juan holds, I believe the most fulfilling titles are husband and father. I recall the excitement when he told me about his engagement to his now lovely wife, and I've been able to watch him in-person shower his children with love and be an integral part of their developmental moments. And while his hands are full raising his own beautiful family, he still has time to be present for those he loves. An example of this is when he informed me that, when the time comes, a man would have to ask for his blessing before asking for my hand in marriage.

Da'Juan is a humble, caring, family man who always strives to be his absolute best. He is a man of faith and a strong spiritual upbringing that allows him to remain on a continued path of growth, love and compassion. His family and friends are better because he adds to our lives every day with his presence. Without Da'Juan as the center, our family unit will cease to exist in its most beneficial way. It is my hope that the courts would look mercifully upon him and consider the totality of the man he is.

Humbly Submitted,

Maritha D. Martin