# Exhibit 16

July 31, 2023

To Whom It May Concern;

Re: DeJuan Martin

My name is Sabrinia Allen and I am a very close friend as well as co-worker to DeJuan Martin's mom. I currently serve as the Parent Resource Teacher at Parker Community Academy located in the Englewood Community. My primary responsibilities include working with the parents of the students at the school by providing parenting and leadership workshops. In addition to the workshops, I work with finding resources for the parents.

This character letter is written on behalf of DeJuan Martin. I have known DeJuan and his family for over 20 years. I have watched DeJuan grow into a beautiful young man that cares about his family and friends. I have also observed DeJuan being extremely mindful not only of his wife and child, but also of his mother, and siblings which includes three sisters. As the eldest of four children, he sought to be the protector and provider of all of them, considering he did not have a father figure in the home. He would often come to his mother's place of employment to visit and to ensure she was okay. He was probably one of the most manurable young men I had ever seen.

I also observed DeJuan's actions in our church as he participated in various ministries, specifically the youth and young adult choir and praise/worship team. He arose to leadership as he was asked to teach and lead the choir and worship teams at the church by key leaders.

DeJuan is a well-respected young man among his friends and many of those that encounter him. As a mature woman, I consider it an honor to know him and his family. He often attempts to help others, even at the expense of himself.

It is my hope that this character letter provides a small glimpse of the character of DeJuan Martin and that he is granted much favor in this process as he continues to provide for his family that depend on him to be the consummate provider that he is. It is with this that I whole heartedly, without reservation, submit this letter on behalf of DeJuan Martin.

Sincerely,

/Sabrinia Allen