# Exhibit 17

*From the Desk of:*
*Mrs. Shawna C. Hall-Neely*
*7839 South Eggleston Ave*
*Chicago, Illinois 60620*

To whom it may concern:

My name is Shawna C. Hall-Neely. I have known Da'Juan Martin for approximately 23 years. I had the pleasure of meeting Da'Juan as a young child as his mom and I completed our undergraduate studies in Early Childhood Education at Chicago State University. During this time, I was not only considered a close friend to his mom but also an "auntie" to him. As the time went on, I found Da'Juan to be a very respectful young male that was very well behaved and very protective of his mom and sisters! As the years passed, I watched Da'Juan participate in miming and singing at Apostolic Church of God. The love that he found in singing and performing to the genre of gospel and Christian music can be described as profound and heartfelt as he participated in this art form for years.

My memory draws me back to recall when Da'Juan graduated from high school! He was so proud and his mom was even more excited and overjoyed that her son was not only graduating but was attending college the fall of that year. What an accomplishment for a young male that was being raised in a loving and supportive household mainly fostered by a village that was led by strong, independent women.

As time has progressed, I have still continued to follow Da'Juan's life through adulthood watching him gain employment, maintain shelter for himself, become engaged, a husband and is now a father.

In adding the last two roles to his life as a husband and father, I am in awe of his ability to carry out these roles as he shows care, love, and compassion for the two leading ladies in his life.

In conclusion, I have found it to be a great joy to have Da'Juan in my life as a "nephew". In addition to him being a part of my life, he is a part of my four children's lives as well! The laughter from his sense of humor has been unbearable over the years! With this being said, it is personally asked that these wonderful events and Da'Juan's positive character traits that he has displayed over the years be taken into consideration regarding his future!

Sincerely,

Mrs. Shawna C. Hall-Neely